IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

STEPHANIE ANNE PALMER-ROTH          CASE NO. 8:12-bk-15503-CPM
                                                           CHAPTER 13

    Debtor
_____/

MOTION TO DETERMINE SECURED STATUS OF BANK OF AMERICA, N.A.
AND TO STRIP LIEN AND REQUEST FOR ATTORNEY FEES

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion without further notice or hearing unless a party in interest files an objection within thirty (30) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 801 N. Florida Avenue, Suite 555, Tampa, FL 33602-3899, and serve a copy on the movant's attorney, Christie D. Arkovich, Esq., Christie D. Arkovich, P.A., 1520 W. Cleveland Street, Tampa, FL 33606.

If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, and will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

       COME NOW Stephanie Anne Palmer-Roth (the "Debtor"), by and through the undersigned attorney, and files this Motion to Determine Secured Status of The palm Bank and to Strip Lien on their primary residence and Request for Attorney Fees pursuant to 11 U.S.C. § 506, and states as follows:

       1.     The Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code on October 11, 2012.

The Debtor owns real property (the "Real Property") located at 1503 Stetson Drive
       1.     Wesley Chapel, FL 33543, and more particularly described as follows:

LOT 3, BLOCK 4, MEADOW POINTE, PARCEL 10, UNITS 1&2, ACCORDING TO THE MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 34, PAGES 20 THROUGH 26, INCLUSIVE, OF THE PUBLIC RECORDS OF PASCO COUNTY, FLORIDA.

2. The Real Property is encumbered by two mortgages:

a. Nationstar Mortgage, account number XXXXXX7865 holds the first mortgage. The first mortgage was recorded June 20, 2007 at Book 7539, Pages 1971-1987, Instrument #2007105179 of the official records of Pasco County, Florida. The Proof of Claim filing deadline in this case is February 11, 2013. Nationstar has not filed a Proof of Claim. The balance of the loan as of the date of the filing of this case was approximately $166,583.84.

b. Bank of America, account number XXXXX7399, holds the second mortgage, recorded on November 13, 2007 at Book 7686, Pages 1240-1245, Instrument #2007187091 of the official records of Pasco County, Florida. Bank of America has filed Claim #8 in the amount of $ 14,950.28.

3. Based on the Pasco County Property Appraiser Report attached hereto as Exhibit A, the value of the Real Property is $126,001.00.

4. Accordingly, Bank of America's second mortgage is completely unsecured.

WHEREFORE, Debtor respectfully requests that the Court enter an order (a) granting the Motion; (b) determining the value of the Real Property to be $126,001.00; (c) voiding the second mortgage lien of Bank of America effective upon discharge; (d) awarding Debtor's counsel the presumptively reasonable fee for the services in connection with this motion pursuant to the Court's Third Amendment to Order Establishing Presumptively Reasonable Debtor's Attorney Fee in Chapter 13 Cases entered on May 2, 2011, ($275 if no hearing required; $375 if hearing held); and (e) grant such other and further relief as the Court deems appropriate and just.

Respectfully submitted,

/s/ CHRISTIE D. ARKOVICH
Christie D. Arkovich, Esq.
Florida Bar No. 963690
Erin M. Allen Esq.
Florida Bar No. 0031383
Primary E-mail: cdalaw@tampabay.rr.com
Secondary E-mail: cdalaw5@tampabay.rr.com;
cdalaw3@tampabay.rr.com
CHRISTIE D. ARKOVICH, P.A.
1520 W. Cleveland St.
Tampa, Florida 33606
(813) 258-2808
(813) 258-5911 (Facsimile)
Attorneys for Debtor(s)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by regular U.S. Mail, postage prepaid or electronically this March 20, 2013, to: Bank of America, PO Box 21848, Greensboro, NC 27420; Bank of America, c/o Jeannette Marsala Esq, Prober & Raphael Law Firm, PO Box 4365, Woodland Hills, CA 91365; Bank of America NA, 4161 Piedmont Pkwy, Greensboro, NC 27410; Bank of America, c/o Registered Agent CT Corporation System, 1200 South Pine Island Rd, Plantation, FL 33324; Nationstar Mortgage, PO Bo 650783, Dallas, TX 75265; Nationstar Mortgage, LLC, c/o Registered Agent Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301; Jon Waage, Chapter 13 Trustee, P.O. Box 25001, Bradenton, FL 34206-5001; and the United States Trustee, Timberlake Annex, Suite 120, 501 E. Polk Street, Tampa, FL 33602-3949.

I HEREBY FURTHER CERTIFY that a true and correct copy of the foregoing has been furnished by Certified U.S. Mail, postage prepaid this March 23rd, 2012, to: BRIAN T. MOYNIHAN, President Bank of America, N.A., 401 N TRYON ST NC1-021-02-20, CHARLOTTE NC 28255.

/s/ CHRISTIE D. ARKOVICH

CHRISTIE D. ARKOVICH, ESQ.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

STEPHANIE ANNE PALMER-ROTH           CASE NO. 8:12-bk-15503-CPM
                                      CHAPTER 13

    Debtor
_____/

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the foregoing Motion to Determine Secured Status of Bank of America, N. A. and to Strip Lien and Request for Attorney Fees is true and correct to best of my knowledge, information and belief.

3/20/13                               _Stephanie Anne Palmer-Roth_
Date                                  STEPHANIE ANNE PALMER-ROTH, Debtor

PC-DR-474N

# NOTICE OF PROPOSED PROPERTY TAXES AND PROPOSED OR ADOPTED NON-AD VALOREM ASSESSMENTS
## DO NOT PAY – THIS IS NOT A BILL

2012   PROPOSED AD VALOREM TAXES

REAL ESTATE   9/18/2012

PARCEL IDENTIFICATION: 33-26-20-0080-00400-0030

The taxing authorities which levy property taxes against your property will soon hold PUBLIC HEARINGS to adopt budgets and tax rates for the next year. The purpose of these PUBLIC HEARINGS is to receive opinions from the general public and to answer questions on the proposed tax change and budget PRIOR TO TAKING FINAL ACTION. Each taxing authority may AMEND OR ALTER its proposals at the hearing.

AUTO**5-DIGIT 33543
PALMER-ROTH STEPHANIE ANNE
1538 STETSON DR
WESLEY CHAPEL FL 33543-6717

Taxing District: LAST YEAR 36M2  H      THIS YEAR 36M2  H

Legal Description: MEADOW POINTE PARCEL 10
UNITS 1 AND 2
PB 34 PGS 20-26
LOT 3 BLOCK 4

ROLL = R HX

057373

## Taxing Authorities

| Taxing Authority | Column 1* Last Year's Actual Tax Rate (Millage) | Column 1* Your Property Taxes Last Year | Column 2* Your Tax Rate This Year IF NO Budget Change Is Adopted (Millage) | Column 2* Your Taxes This Year IF NO Budget Change is Adopted | Column 3* This Year's PROPOSED Tax Rate (Millage) | Column 3* Your Taxes This Year IF PROPOSED Budget is Adopted | A Public Hearing On the Proposed Taxes and Budget Will Be Held: |
|---|---|---|---|---|---|---|---|
| County | 6.36660 | 516.25 | 6.86230 | 521.54 | 6.86230 | 521.54 | 9/11/12 6:30PM HISTORIC CTHSE 37918 MERIDIAN AVE DADE CITY 727-847-8129 |
| MS FIRE | 1.42570 | 125.68 | 1.54050 | 117.08 | 1.54050 | 117.08 | COUNTY MUNICIPAL FIRE DISTRICT SAME TIME AND LOCATION AS COUNTY |
| Public Schools |  |  |  |  |  |  | SET BY STATE LAW |
| By State Law | 5.55900 | 577.43 | 5.81220 | 587.54 | 5.09300 | 514.40 | 9/18/12 6:00 PM SCHOOL BD RM 7205 |
| By Local Board | 2.24800 | 238.48 | 2.47850 | 244.75 | 2.24800 | 227.05 | LO LKS BLVD LO LAKES 813-794-2268 |
|  |  |  |  |  |  |  |  |
|  |  | 29.85 |  | 30.96 | .35280 | 29.85 | 9/11/12 6:00 PM TAMPA SER OFF 7601 HWY 301 TPA FL 352-796-7211 EX 4129 |
|  |  | 15.57 |  | 15.76 | .16300 | 12.39 | 9/04/12 5:01PM MOSQUITO CTRL 2308 MARATHON RD ODESSA FL 727-376-4568 |
|  |  | .00 |  | .00 | .00000 | .00 |  |
| Total Property Taxes | 15.92250 | 1,496.29 | 17.20650 | 1,517.68 | 16.29960 | 1,422.31 |  |

*SEE REVERSE SIDE FOR EXPLANATION

| Just Value | Last Year | This Year |
|---|---|---|
|  | 131,085 | 126,001 |

YOUR VALUE AS OF JANUARY 1ST

**Mike Wells**
**Pasco County Property Appraiser**

| | Assessed Value | | Exemptions | | Taxable Value | |
|---|---|---|---|---|---|---|
| | Last Year | This Year | Last Year | This Year | Last Year | This Year |
| County | 131,085 | 126,001 | 50,000 | 50,000 | 81,085 | 76,001 |
| | | | 25,000 | 25,000 | 106,085 | 101,001 |
| | | | | | 0 | 0 |
| | | | | | 0 | 0 |
| | 131,085 | 126,001 | 50,000 | 50,000 | 81,085 | 76,001 |

If you feel the just value of your property is inaccurate or does not reflect fair market value, or if you are entitled to an exemption or classification that is not reflected, contact our office at: 14236 6th Street, Ste. 101, Dade City, FL 33523

**(352) 521-4433**   **(813) 929-2780**
**(727) 847-8151**

Or you may visit our website at:

**http://appraiser.pascogov.com**

If the Property Appraiser's Office is unable to resolve the matter as to market value, classification, or an exemption, you may file a petition for adjustment with the Value Adjustment Board. Petition forms are available with our office and must be filed **ON OR BEFORE: 9/10/2012**

## NOTICE OF PROPOSED OR ADOPTED NON-AD VALOREM ASSESSMENTS

| | PURPOSE OF ASSESSMENT AND / OR MEETING DATES | UNITS | RATE | ASSESSMENT |
|---|---|---|---|---|
| SOLID WASTE | 9/5/12 9AM 8731 CITIZENS DR 727-847-8123 | 1.0 | 62.00 | 62.00 |
| STORMWATER | 9/5/12 9AM 8731 CITIZENS DR 727-834-3611 | 1.0 | 47.00 | 47.00 |
|  | 554-603-0034 | .0 | .00 | 1,514.00 |

| Your tax bill may contain non-ad valorem assessments which may not be reflected on this notice such as roads, fire, garbage, lighting, drainage, water, sewer, or other governmental services and facilities which may be levied by your county, city, or any special district. | NON AD VALOREM TOTAL | 1,623.00 |
|---|---|---|



EXHIBIT A